**16CV9403**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

___[redacted]___ Emmanuel Caspion
___BC 241160772___

Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

John Doe
John Doe
40th precnt
40th precnt

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

RECEIVED SDNY PRO SE OFFICE
2016 DEC -5 AM 11:06
S.D. OF N.Y.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

__Emmanuel__   __A__   __Carrion__
First Name / Middle Initial / Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

__2411607721__
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

__18-18 Hazen St AMKC W17 upper__
Current Place of Detention

__B Side Rikees Island__
Institutional Address

__East Elmhurst__   __N.Y.__   __11037__
County, City / State / Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

_John_____  _Doe_____  _____
First Name              Last Name              Shield #

_Officer_____
Current Job Title (or other identifying information)

_____
Current Work Address

_____
County, City                    State                Zip Code

Defendant 2:

_John_____  _Doe_____  _____
First Name              Last Name              Shield #

_____
Current Job Title (or other identifying information)

_____
Current Work Address

_____
County, City                    State                Zip Code

Defendant 3:

_John_____  _Doe_____  _____
First Name              Last Name              Shield #

_____
Current Job Title (or other identifying information)

_____
Current Work Address

_____
County, City                    State                Zip Code

Defendant 4:

_40th_____  _precent_____  _____
First Name              Last Name              Shield #

_Officer Barry_____
Current Job Title (or other identifying information)

_____
Current Work Address

_____
County, City                    State                Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: 140 St BX NY 10454 BX NY

Date(s) of occurrence: NOV 2

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

I Had put A Somons Againts the 40th Precent And ever since I Did that the police Have Been farmejng me for the things that I Did not Do
they keep Harrasing me, they park in Front of my Building ever Day And WAIT FOR ME me to Come outside And they follow me around, No Matter were I go they Are there.
I am in fear for my Health my life And well being, Because I am not geting none of my meds, I took 4 DAYS to House me and they Denied me to see my lawer in a vedio conferece

### INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

last time they ARRested me In June They Beat me til I could not move no more And they move me to Centrel Booking, they sent me lincon Hospital for my injuries I Had black And Blues every were

### VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

I want them to love me Alone and Also 116 million for pain Suffering and Harassment, And mental Anguish

## VII.    PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

11/17/16
Dated

Plaintiff's Signature: *Emmanuel Carrion*

First Name: Emmanuel    Middle Initial: A    Last Name: Carrion

Prison Address: 18-18 Hazen Street

County, City: East Elmhurst    State: N.Y.    Zip Code: 11037

Date on which I am delivering this complaint to prison authorities for mailing: 11/17/16

Manuel Carrion
607721
6 Hazen St
Elmhurst Queens

W19LA

Bside

NEW YORK NY 100
30 NOV 2016 PM 12 L

UNITED STATES DISTRICT Court
SOUTHERN DISTRICT of New York
DANIel PaTRICK MOYNHAN UNITED
STATES CourtHouse
500 PEARL Street, Room 200
New York, New York 10007

1000781316 C014