# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Emmanuel Carrion
_____
Write the full name of each plaintiff.

-against-

City of New York
John Doe #1  John Doe #2
Officer Barry Also Doc
_____

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

16 cv 9403 (CM)
(Include case number if one has been assigned)

**AMENDED COMPLAINT**
(Prisoner)

Do you want a jury trial?
☒ Yes   ☐ No

2017 APR 25 AM 9:36
RECEIVED SDNY DOCKET UNIT

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-25-17

Rev. 5/20/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Emmanuel / A / Carrion
First Name / Middle Initial / Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_____

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Rikers Island AMKC
Current Place of Detention

18-18 Hazen St e, elmHurst
Institutional Address

Queens / NY / 11370
County, City / State / Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: ~~[crossed out]~~ John Doe 1

First Name | Last Name | Shield #

Sargent

Current Job Title (or other identifying information)

Current Work Address

Bronx | NY | 10454

County, City | State | Zip Code

Defendant 2: John Doe

First Name | Last Name | Shield #

Comanding Officer

Current Job Title (or other identifying information)

Current Work Address

Bronx | NY | 10454

County, City | State | Zip Code

Defendant 3: Officer Bailey

First Name | Last Name | Shield #

Leading field officer

Current Job Title (or other identifying information)

Current Work Address

Bronx | NY | 10454

County, City | State | Zip Code

Defendant 4:

First Name | Last Name | Shield #

Current Job Title (or other identifying information)

Current Work Address

| | 10454

County, City | State | Zip Code

Page 3

## V. STATEMENT OF CLAIM

Place(s) of occurrence: IN the police precent Bathroom

Date(s) of occurrence: June 2006

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

IN June of 2006 I was Beat up in the police precent Bathroom Because they wanted me to take off my Jewlery and earings I said No why if I am being Arrested for a mister minor, why should I take them off they tazed me and beat till I could Not move No more, when they took me to Central Book Doc would Accept me unless they take me to Hospital, they did.

When I get to DoC they keep me in the Bull pens for more than 4 Days then Denied me to see my lawer Denied me medical treament for my cancer my lupus and every thing else that was wrong with me, this is what I can remember so far and my statement is true too the best of my knolege and Nothing But the truth.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I Had Black And Blues every where and a Cocion Also A fracture finyuee which is still fractuee they took me to Lichon Hospital IN Bronx

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

1.6 million for pain mental anghish for violateing my rights for all ways Hareasmne of to be Released form costedy

Page 5

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 4/19/17

Plaintiff's Signature

First Name: Emmanuel    Middle Initial: A    Last Name: Carrion

Prison Address: 15-18 Hazen St, Elmhurst

County, City: Queens    State: N.Y.    Zip Code: 11370

Date on which I am delivering this complaint to prison authorities for mailing: 4/19/17

Emmanuel Carrion
241007721
8-18 Hazen St
Bx, NY, 10370

Legal Mail

Pro Se
United States
Southern District Court
The Daniel Patrick Moynihan
United States Courthouse 500 Pearl St
N.y, Ny, 10007