UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Emmanuel Carrion

2411607721

Write the full name of each plaintiff.

No. **16cv09403**

(To be filled out by Clerk's Office)

-against-

John Doe 1

John Doe 2

John Doe 3

Officer Barry

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**SECOND AMENDED
COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes    ☐ No

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: 2-6-18

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I.  LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II.  PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Emmanuel     A     CaRRion
First Name     Middle Initial     Last Name

MaNNy CaRRion
State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

2411607721    BOR BC
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

VCBC
Current Place of Detention

1 HAlleck St BX N.y. 10474
Institutional Address

BronX      N.y      10474
County, City      State      Zip Code

## III.  PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☐ Other: _____

2nd Amended Statement:

Emmanuel Carrion                    Case 16-CV-09403

241160772 1

① Dates 6/3/16 Also on 11/3/16
            June                    Nov.

② On June police knocks on my Door Ask me
If the was screaming and yelling was Anyone

③ fighting in my House, I said NO, they say why

④ they coming I said no unless they Have A
warrant

⑤ my mother says let them in, I said no mom

⑥ So now they froce they way in I Reconize

⑦ two of 3 cops who enter my House, my

⑧ mom Is tell them in Spanish my Girl friend

⑨ Started a fight with me and I kick Her
out

⑩ So they tell me turn around I say for what
I av Done Nothing wrong they Rough me to the
ground,

⑪ we get to the 40th precent they put me
in the Bathroom,

12) OFFiceR BARRY and A female Come and
talk to me
13) I said I Don't WANT to talk, She says
yeah the captains right this one thinks He's
tuff
14) So No she goes out BARRY lights a Ciggarette
Ask me Do I want one I say yeah.
15) I Ask Him why you look so Nervase like
you High on Cocaine, he says they got it all
for you
16) thats when 4 Cops Come in and Have No
uniforms on 3 male John Does the female
behind them they tell me Remove your Close
17) I feel ashamed So I said No!! they say
take your earings off too I said No
18) female says See he think He tuff JANE Doe
19) male Jhon Doe says I got something for that
And from there and I Remeber is geting
the Beating of my life Boots and one Cop
with a baton
20) I close my eyes and Hope it would end
fast But it DiDht it was the longest beating I
thaqt I Had,
21) Now BARRY is saying Stop I think He Had enuff

22) So I guess he stood there waithing with
Female COP

23) Now Remember no uniforms and Dress in All
Black like Army close So I couldn't Reconize
or identifee By Names

24) But I will ALWAYS Remember there faces

25) female Brown skin long BLACk HAir nasty Diety
truck Driver mouth Cruses Alot

26) captian White mALE 40S mAybe 45 Redish hAir

27) other two mALE John Does look IRish or
Itanlian BLACk grease BACk DiAs Redush face owe
the white Also About 5'10 leAN Builds like they
workOut

thats on June 3rd But thats the most I
can get in DetAil.

2nd Amended Statement

Dat nov 13/16

1) I am walking Home From Buying A pack of cigarettes going Back Home

2) I See two Jhon Doe Black Uniforms plan Amry type of clothes

3) I Reconize 3rd guy as Officer Barry He Says Was up

4) I Say Don't Say Was up He Say Way you ain't keep your mouth closed

5) I Say what He Say, you Sueing us for What happen and you called A.I

6) I Said So the two that Where With Say lets take Him

7) They Say you Should Have Never came outside they put me In unmarked Care

8) Call Some one on Phone not walkie talkie

9) We get to 40th precent they take me to captains Desk He Say Him again Now now

10) you goim to Be tuff again, I Say no

11) We walk to Bathroom Barry tell Me Man I feel Bad for you, Because you got it coming to you Again

12) Now I am getting Flash Backs Bcause His Being Nervese Again tike He's on Coke and offers a smoke I say Sure

13) At that moment no Female this time

14) Captian Red Hair which I say Hey its Howdy Dudey He says oh you a smartas Now too

15) He saying when you old friends come you wont Be so smart and Tuff

16) 3 Cops come 2 I Deconize from last time they tell Me Stripe and take of Earings Now Remember last time

17) I said I Don't care I not struperng oR Removing earing and there you go Another Beating this one was wrose

18) But to Me it was DeJAVoo Same and simalar except they got me off the Street

19) So to the Best I can Remember
This is what HAppen to me

20) If the was onnrest Cops and treated
Me with Respect and Did Not Beat
me till I could Move

22) I would Not make a thingup like
this is Agraist my Religion which I am
Jewish

23) I Also Suffer from ptSD and I am
a Bipolar Skitso,

24) I was in a MICA program going
Help

25) But to my understanding and Knowlege
this statement is the treth and
nothing But the truth
to the Best of what I Remember
I av thu Nightmares

Sworn To before me on
this 19th day of January 2018

Notary
public  Andrew Wilson

Yours truly

Emmanuel Carrion

ANDREW WENTWORTH WILSON
Notary Public, State of New York
No. 01WI6355798
Qualified in Kings County
Commission Expires March 13, 2021

X  Emmanuel Carrion